UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:21-00252 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| TAVARUS BRINKLEY | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about January 27, 2020, in the Middle District of Tennessee, **TAVARUS BRINKLEY**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock Gmb# model 31 Gen 4 caliber .357 pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

_____
FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

*[signature]* w/permission
RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY